IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Eric Flores,

    Plaintiff,

vs.                                                      Case No. 15-MC-124-JTM

United States Attorney General,

    Defendant.

MEMORANDUM AND ORDER

By order dated April 16, 2013, the court in *Flores v. United States Attorney General*, No. 13-1137 (Dkt. 5), directed that a district judge will review any future submissions by plaintiff Eric Flores and determine whether they would be filed. Approximately two years later, Flores attempted file to his claims of satellite-based genetic manipulation, by submitting a "Petition to Challenge the Constitutionality of the First Amendment." The court reviewed the pleadings, found they were frivolous within the meaning of 28 U.S.C. § 1915, and dismissed the petition. *Flores v. United States Attorney General*, No. 15-107 (April 27, 2015) (Dkt. 1).

Flores has now attempted to renew his claims by presenting substantially similar arguments through a mailing to the court. Consistent with the court's determination in April, the court finds that the pleadings are frivolous and should not be filed, that the

request to proceed in forma pauperis is denied, and that the filing restrictions from the first action shall remain in place.

    IT IS SO ORDERED this 29th day of October, 2015.


                                                                           s/ J. Thomas Marten
                                                    J. THOMAS MARTEN, JUDGE